IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| DAVID GEOFFREY MILLER and STEVEN MILLER, JR. | Violations: 18 U.S.C. §§ 113(a)(3), 113(a)(6), 1153, and 2 |

COUNT ONE

**Assault With a Dangerous Weapon**

The Grand Jury Charges:

On or about September 19, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DAVID GEOFFREY MILLER and
STEVEN MILLER, JR.,

Indians, individually, and by aiding and abetting, did assault Bernell Crow Necklace with a dangerous weapon, namely, a knife, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3), 1153, and 2.

## COUNT TWO

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Further Charges:

On or about September 19, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

>     DAVID GEOFFREY MILLER and
>     STEVEN MILLER, JR.,

Indians, individually, and by aiding and abetting, did assault Bernell Crow Necklace, which assault resulted in serious bodily injury to Bernell Crow Necklace;

In violation of Title 18, United States Code, Sections 113(a)(6), 1153, and 2.

>     A TRUE BILL:
>
>     /s/ Foreperson_____
>     Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

BSR/tmg